UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN W. ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-946** |
| **AMERICAN MULTI-CINEMA, INC.** | **SECTION: "G"** |

## ORDER AND REASONS

In this litigation, Plaintiff John W. Robinson ("Plaintiff") brings suit against American Multi-Cinema, Inc. ("AMC") and Kings Building Maintenance, Inc. ("KBM") (collectively, "Defendants").[1] Plaintiff alleges that he was injured when after leaving a movie theater, his foot became caught on a bicycle rack that was hidden by a bench, causing him to fall.[2] Before the Court is KBM's "Motion for Summary Judgment."[3] In the Motion, KBM argues that Plaintiff has provided no evidence that KBM is liable for the injuries Plaintiff sustained when he fell over the bicycle rack.[4] Plaintiff filed a response indicating that Plaintiff does not oppose the instant motion.[5] Accordingly,

---

[1] Rec. Doc. 1-2; Rec. Doc. 20-5.

[2] Rec. Doc. 20-5 at 2.

[3] Rec. Doc. 20.

[4] Rec. Doc. 20-3.

[5] Rec. Doc. 38. Plaintiff asserts that two items listed in KBM's Statement of Uncontested Facts, #3 and #4, should not be taken as admitted by Plaintiff. Rec. Doc. 38-3. However, Plaintiff makes clear that he does not oppose dismissal of KBM.

1

**IT IS HEREBY ORDERED** that Kings Building Maintenance, Inc.'s "Motion for Summary Judgment"[6] is **GRANTED**.

**NEW ORLEANS, LOUISIANA,** this 1st day of April, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[6] Rec. Doc. 20.